IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PENDLETON DIVISION

| | |
|---|---|
| HENRY ALEXANDER TOWNSEND, | No. 2:19-cv-01674-AB |
| Plaintiff, | JUDGMENT |
| v. | |
| GREGORY JONES, Office of Population Management, TROY BOWSER, Superintendent; KEVIN JACKSON, Assistant Supt. Security; NAIMA CHAMBERS, STM Lt, | |
| Defendant. | |

BAGGIO, Judge:

Based on the record, IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants Gregory Jones, Troy Bowser, Kevin Jackson, and Naima Chambers. Pending motions, including Defendants' Rule 50(a) Motion, are denied as moot.

DATED: November 12th, 2024

*Amy M. Baggio*
AMY M. BAGGIO
United States District Judge

1 – JUDGMENT