GENERAL POWER OF ATTORNEY

I, *Henry Alexander Townsend* hereby appoint *Kimberly Kardashian* as my attorney in fact to act in my capacity to do every act that I may legally do through an attorney in fact. This power shall be in full force and effect on the date below written and shall remain in full force and effect until *27th* day of *February*, 20 *41* or unless specifically extended or rescinded earlier by either party.

Dated this *27th* day of *February*, 20 *26*.

(Signature) *Henry Townsend*

Print Name: *Henry Alexander Townsend*

State of Oregon
County of *Malheur*
This instrument was acknowledged before me on *February 27th*, 20 *26* by *Henry A. Townsend*.

Notary Public – State of Oregon

My commission expires: *05/12/2026*

OFFICIAL STAMP
MARA S. FREGOSO
NOTARY PUBLIC - OREGON
COMMISSION NO. 1023810
MY COMMISSION EXPIRES MAY 12, 2026

| POWER OF ATTORNEY | | STATE OF OREGON |
|---|---|---|
| To: | (DON'T USE THIS SPACE: RESERVED FOR RECORDING LABEL IN COUNTIES WHERE USED.) | County of _____ |
| After Recording Return To: | | I certify that the within instrument was received for record on the _____ day of _____, 20 ___ at _____ o'clock _____ M., and recorded in book / reel / volume No. _____, on page _____, or as fee / file / instrument / microfilm / reception No._____, Record of _____ of said County. |
| Name, Address, Zip | | Witness my hand and seal of County affixed. |
| | *EXHIBIT* | Name_____ |
| General Power of Attorney | *1002 - G*  *2:19-cv-01674-AB* | Title_____   Form 26.010 |

CERTIFICATE OF SERVICE

I CERTIFY THAT ON FEBRUAR 27TH, 2026; I SERVED THE FOREGOING EXHIBIT, UPON THE PARTIES HERETO BY THE METHOD INDICATED BELOW:

X ELECTRONIC FILING

U.S. ATTORNEY GENERAL
1000 S.W. THIRD AVE
PORTLAND, OR. 97204

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
1000 SW THIRD AVE
PORTLAND, OR. 97204

ANN L. AIKEN
U.S. DISTRICT COURT JUDGE
405 EAST 8TH AVE #2100
EUGENE, OR. 97404

KARIN J. IMMERGUT
U.S. DISTRICT COURT JUDGE
1000 S.W. THIRD AVE
PORTLAND, OR. 97204

MICHAEL J. MCSHANE
U.S. DISTRICT COURT JUDGE
405 EAST 8TH AVE #2100
EUGENE, OR. 97404

SCOTT KARIN
UNITED STATES ATTORNEY
1000 S.W. THIRD AVE
PORTLAND, OR. 97204

GEOFFREY J. COOKE
ATTORNEY AT LAW
34680 NISSFON HILLS DR.
RANCHO MIRAGE, CA. 92270

LISA C. HAY
FEDERAL DEFENDER
101 S.W. MAIN STREET
PORTLAND, OR. 97204

ELIZABETH DAILY
FEDERAL DEFENDER
101 SW. MAIN STREET
PORTLAND, OR. 97204

ANTHONY D. BORNSTEIN
FEDERAL DEFENDER
101 SW MAIN STREET
PORTLAND, OR. 97204

DOUGLAS EMHOFF
FEDERAL ATTORNEY
2029 CENTURY PARK EAST
LOS ANGELES, CA. 90067

MARTIN ESTRADA
UNITED STATES ATTORNEY
1000 S.W. THIRD AVE
PORTLAND, OR. 97204

PETITIONER
HENRY ALEXANDER TOWNSEND
SID #14258900
777 STANTON BLVD
ONTARIO, OR. 97914

PAGE 1 OF 1 - CERTIFICATE OF SERVICE